**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**ROBERT LACEY, as Secretary/Treasurer**
**and on behalf of and for the use of the**
**GRAPHIC COMMUNICATIONS**
**CONFERENCE OF THE INTERNATIONAL**
**BROTHERHOOD OF TEAMSTERS,**
 **AND**
**GRAPHIC COMMUNICATIONS CONFERENCE**
**OF THE INTERNATIONAL BROTHERHOOD**
**OF TEAMSTERS,**                                              **PLAINTIFFS**

 **v.**                            **Civil Action No. 3:13-cv-414 CWR-LRA**

**SPACE AGE MARKETING & PRINTING, LLC**                    **DEFENDANT**


**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW on this 10th day of June, 2014, Plaintiffs Robert Lacey and Graphic Communications

Conference of the International Brotherhood of Teamsters, and Defendant Space Age Marketing &

Printing, LLC,  hereby stipulate to the dismissal of this action pursuant to Federal Rule of Civil

Procedure 41(a)(1)(ii). The dismissal achieved by this stipulation is with prejudice, with each party

to bear its own fees and costs.

APPROVED:

**GODWIN, MORRIS, LAURENZI & BLOOMFIELD, P.C.**

By: /s/ Eugene A. Laurenzi                                        
Eugene A. Laurenzi (#103690)
Samuel Morris
50 North Front Street, Suite 800
Memphis, TN 38103
elaurenzi@gmlblaw.com

**O'DONNELL, SCHWARTZ & ANDERSON, P.C.**

By: /s/ Sarah T. Kanter
Peter J. Leff (DC Bar #457476)
Sarah T. Kanter (DC Bar # 1004845)
1300 L Street, N.W., Suite 1200
Washington, DC 20005
(202) 898-1707
FAX: (202) 682-9276
pleff@odsalaw.com
skanter@odsalaw.com

ATTORNEYS FOR PLAINTIFFS


**PRECIOUS MARTIN, SR. & ASSOCIATES**

By: /s/ Suzanne Keys
Precious T. Martin, Sr., (#10619)
Suzanne Keys (#5032)
RaToya Gilmer (#104487)
821 North Congress Street
Post Office Box 373
Jackson, Mississippi 39202
(601)944-1447
FAX: (601)944-1448
pmartin@ptmandassoc.com

ATTORNEY FOR DEFENDANT


**CERTIFICATE OF SERVICE**

I do hereby certify that I served a true and correct copy of the foregoing document by electronically filing the foregoing document in accordance with the Court's electronic filing procedures, thereby serving all parties of record.

So certified this 10th day of June, 2014.

/s/ *Sarah T. Kanter*
Sarah T. Kanter